No. 72–6576. DAWN, DBA GAME CO. *v.* STERLING DRUG, INC., ET AL. C. A. 9th Cir. Motion to defer consideration and certiorari denied.

No. 73–147. TECHNOGRAPH PRINTED CIRCUITS, LTD., ET AL. *v.* MARTIN MARIETTA CORP. ET AL. C. A. 4th Cir. Motion to defer consideration and certiorari denied.

No. 72–1716. IN RE TAYLOR. Sup. Ct. Ind. Motion to dispense with printing petition granted. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–6905. REID *v.* WISCONSIN. C. A. 7th Cir. Motion of petitioner to add County of Milwaukee Civil Service Agency et al. as parties respondent and certiorari denied.

No. 73–74. HOFFA *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE WHITE and MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 73–112. MURPHY ET AL. *v.* SULLIVAN ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE REHNQUIST took no part in the consideration or decision of this petition.

No. 73–145. UNION BANK OF LOS ANGELES *v.* NOLAN; and

No. 73–204. JUDICIAL COUNCIL OF THE THIRD CIRCUIT *v.* NOLAN ET AL. C. A. 3d Cir. Certiorari denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of these petitions. Reported below: 481 F. 2d 41.